IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MATTHEW KASSEL

    Plaintiff,

v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY

    Defendant.

_____/

CASE NO:

DIVISION:

## COMPLAINT

COME NOW the Plaintiff, MATTHEW KASSEL ("Plaintiff"), by and through undersigned counsel, hereby file this suit against, Defendant, FEDERAL EMERGENCY MANAGEMENT AGENCY ("Defendant"), and as grounds therefore state as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of fifty thousand dollars ($50,000.00) exclusive of pre-judgment interest, attorney's fees and costs.

2. At all times material hereto, Plaintiff was a Florida resident owning real property located at 3630 Overlook Drive NE, St. Petersburg, FL 33703 (the "Property").

3. At all times material hereto, Defendant, FEDERAL EMERGENCY MANAGEMENT AGENCY, was a federal agency licensed to conduct business in the State of Florida and is engaged in the issuing of insurance in Pinellas County, Florida.

4. Jurisdiction and venue are proper in this Court.

### GENERAL ALLEGATIONS

5. Plaintiff's Property was covered at all relevant times by Policy No. RL

10818515 (the "Policy"), issued by FEDERAL EMERGENCY MANAGEMENT AGENCY. A copy of the policy in Defendant's possession has been requested and will be attached hereto as Exhibit A upon receipt.

6. Plaintiff has paid all premiums on the Policy, and the Policy was in full force and in effect at all relevant times herein.

7. During the applicable Policy period, Plaintiff's insured Property was damaged by flood.

8. On or about August 30, 2023, Plaintiff discovered flood damage to his Property, including physical damage.

9. Defendant assigned a "date of loss" to the claim of August 30, 2023.

10. The damage to the Property is a covered peril under the Policy.

11. The damage to Plaintiff's property is accidental, continuing in nature, and covered under the Policy.

12. Plaintiff duly made an application for insurance benefits under the Policy, but Defendant has failed and refused to pay Plaintiff the benefits to which the Plaintiff is entitled for the loss.

13. All conditions precedent to obtaining payment of said benefits under the policy from Defendant have been complied with, met or waived.

14. As a result of FEDERAL EMERGENCY MANAGEMENT AGENCY's refusal to pay the losses sustained by Plaintiff, Plaintiff has retained the services of the undersigned attorneys and they are obligated to pay a reasonable fee for their services. Plaintiff is entitled to attorney's fees in this action pursuant to §627.428 Florida Statutes.

COUNT I — BREACH OF CONTRACT

15. Plaintiff hereby alleges and incorporate by reference paragraphs one (1) through

fourteen (14) as though fully set forth herein.

16. Plaintiff and Defendant are parties to a valid and binding contract under which Defendant is required to provide insurance benefits to Plaintiff in the event of a covered loss to Plaintiff's Property.

17. Plaintiff has suffered a covered loss to the Property.

18. Defendant has breached the Policy by failing to pay Plaintiff the benefits due and owing under the Policy.

19. Plaintiff has been damaged by Defendant's breach of contract.

20. Plaintiff is entitled to the full cost of repairs of the damage to the Property.

21. Plaintiff is entitled to compensation for the loss to the Property. Plaintiff seeks the following damages: (a) the amount necessary to repair the incurred damages to the property; (b) damages including court costs, attorney's fees under §627.428, Florida Statutes, expert fees and costs and pre-judgment interest; and (c) additional policy benefits for loss of, use, moving expenses, rental home during repair and stabilization, landscaping, debris removal, and any other benefit available under the policy.

22. Plaintiff demands a trial by jury on all issues in Count I.

WHEREFORE, the Plaintiff, MATTHEW KASSEL, prays this Court determine that Defendant, FEDERAL EMERGENCY MANAGEMENT AGENCY, has breached its insurance contract, to enter an Order directing Defendant, FEDERAL EMERGENCY MANAGEMENT AGENCY, to provide coverage and to pay, in full, contractual and compensatory damages under the contract, to award pre-judgment interest on the amounts wrongfully withheld, to award the costs of this action, to award attorney's fees pursuant to Florida Statute § 627.428, and to grant such other and further relief as this Court may deem just and appropriate.

FURTHER, the Plaintiff, MATTHEW KASSEL, requests a trial by jury on all issues so triable.

DATED on this 10th day of January, 2024.

    Respectfully Submitted,

    *KASSEL LAW GROUP, PLLC*

    */s/ MATTHEW A. KASSEL*
    MATTHEW A KASSEL, ESQUIRE
    Florida Bar Number: 107356
    JOHN P. SACKS, ESQUIRE
    Florida Bar Number: 103158
    4016 Henderson Blvd., Suite E
    Tampa, Florida 33629
    Telephone: (813) 641-4535
    Facsimile: (813) 200-1130
    matt@kassellawgroup.com
    jsacks@thesackslawgroup.com
    nicole@kassellawgroup.com
    christina@kassellawgroup.com
    amelia@kassellawgroup.com
    *Attorneys for Plaintiff*

# EXHIBIT A